| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **VENETIAN ROOM, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3175404** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**50 Hurt Plaza, Suite 200**<br>**Atlanta, GA 30303**<br>Number, Street, City, State & ZIP Code<br><br>**Fulton**<br>County | **Mailing address, if different from principal place of business**<br><br>**3040 Business Park Dr. Suite A**<br>**Norcross, GA 30071-1425**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.venetianroomatl.com |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **VENETIAN ROOM, LLC**                                                   Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __7223__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                         Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor  **VENETIAN ROOM, LLC** _____  Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?**  _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.   Insurance agency _____
              Contact name _____
              Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **VENETIAN ROOM, LLC**
         Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 11, 2018**
              MM / DD / YYYY

**X  /s/ Jeffrey Safarriyeh**                           **Jeffrey Safarriyeh**
Signature of authorized representative of debtor          Printed name

Title   **Manager**

**18. Signature of attorney**

**X  /s/ Justin Oliverio**                              Date   **September 11, 2018**
Signature of attorney for debtor                               MM / DD / YYYY

**Justin Oliverio**
Printed name

**Attorney Justin Oliverio LLC**
Firm name

**150 E. Ponce de Leon Ave.
Suite 200
Decatur, GA 30030**
Number, Street, City, State & ZIP Code

Contact phone   **678-856-6780**          Email address   **Justin@AJOLLC.com**

**368598 GA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | VENETIAN ROOM, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 50 Hurt LLC<br>ATTN Karen Everett, Manager<br>50 Hurt Plaza<br>Atlanta, GA 30303 | | Amount demanded on 9-6-2018 | Disputed | | | $132,693.44 |
| Georgia Department of Revenue<br>Attn: Bankruptcy Division<br>1800 Century Blvd NE STE#17200<br>Atlanta, GA 30345 | | August 2018 Sales Taxes (Due 9/20/18) | | | | Unknown |
| Wells Fargo Bank<br>PO Box 29482<br>Phoenix, AZ 85038-8650 | | Interest charges disputed. Should be 3%, Not 12% | Disputed | | | $46,976.01 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **VENETIAN ROOM, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   |   | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Georgia Department of Revenue**<br>**Attn: Bankruptcy Division**<br>**1800 Century Blvd NE STE#17200**<br>**Atlanta, GA 30345** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|   | Date or dates debt was incurred | Basis for the claim:<br>**August 2018 Sales Taxes (Due 9/20/18)** |   |   |
|   | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |   |   |
|   | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) |   |   |   |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   |   |   | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**50 Hurt LLC**<br>**ATTN Karen Everett, Manager**<br>**50 Hurt Plaza**<br>**Atlanta, GA 30303** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $132,693.44 |
|   | Date(s) debt was incurred **2016-2018 Misc. Charges** | Basis for the claim: **Amount demanded on 9-6-2018** |   |
|   | Last 4 digits of account number ___ | Is the claim subject to offset?  ■ No  ☐ Yes |   |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Safari Hospitality Mngmt Inc.**<br>**C/O ADAM RIMES, CFO**<br>**3040 Business Park Dr. STE A**<br>**Norcross, GA 30071** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|   | Date(s) debt was incurred ___ | Basis for the claim: ___ |   |
|   | Last 4 digits of account number ___ | Is the claim subject to offset?  ■ No  ☐ Yes |   |

Debtor  **VENETIAN ROOM, LLC**                                            Case number (if known)
        Name

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $46,976.01 |
|---|---|---|---|
| | **Wells Fargo Bank** <br> **PO Box 29482** <br> **Phoenix, AZ 85038-8650** | ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number  1913** | Basis for the claim: __Interest charges disputed.  Should be 3%, Not 12%__ <br> Is the claim subject to offset?  ☒ No   ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **50 Hurt LLC** <br> **PO Box 68045** <br> **Newark, NJ 07101-8085** | Line  **3.1** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **50 Hurt LLC** <br> **c/o National Reg. Agent Inc** <br> **289 S. Culver St** <br> **Lawrenceville, GA 30046** | Line  **3.1** <br><br> ☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 179,669.45 |
| **5c. Total of Parts 1 and 2** <br>   Lines 5a + 5b = 5c. | 5c. | $ | 179,669.45 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **VENETIAN ROOM, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases         12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Lease for Debtor's Place of Business / Event Center Expires on or about Feb. 10, 2019** |
| State the term remaining | |
| List the contract number of any government contract | **50 Hurt LLC**<br>**PO Box 68045**<br>**Newark, NJ 07101-8085** |

**Fill in this information to identify the case:**

Debtor name   **VENETIAN ROOM, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors       12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                  *Column 2:* **Creditor**

|     | Name | Mailing Address | Name | Check all schedules that apply: |
|-----|------|-----------------|------|-------------------------|
| 2.1 | Jeff Safari | STE A<br>3040 Business Park Dr.<br>Norcross, GA 30071 | Wells Fargo Bank | ☐ D _____<br>■ E/F  **3.3**<br>☐ G _____ |
| 2.2 | Southern Hospitality Mngmt Inc | 6375 Regency Parkway, Ste 710<br>Norcross, GA 30071 | 50 Hurt LLC | ☐ D _____<br>■ E/F  **3.1**<br>☐ G _____ |
| 2.3 | Southern Hospitality Mgmnt Inc | 6375 Regency Parkway Suite 710<br>Norcross, GA 30071 | 50 Hurt LLC | ☐ D _____<br>☐ E/F _____<br>■ G  **2.1** |

# United States Bankruptcy Court
## Northern District of Georgia

In re  **VENETIAN ROOM, LLC**                                                    Case No.
                                    Debtor(s)                                    Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **3,283.00** |
   | Prior to the filing of this statement I have received | $ **3,283.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify): **Jeffrey Safarriyeh**
   **($5,000 Total for Legal Fees & Filing Fee)**

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with creditors; preparing Chapter 11 Plan and Disclsoure Statement; and, other aspects necissary for a successful reorganization or resolution to this Chapter 11 case.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Amounts listed on this statement include only costs of pre-petition services and filing of Chapter 11 Case. Post-petition legal fees and expenses will be calculated pursuant to Debtor's Application to Employ Bankruptcy Counsel (if approved by the Court).**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 11, 2018** | **/s/ Justin Oliverio** |
| Date | **Justin Oliverio** |
| | *Signature of Attorney* |
| | **Attorney Justin Oliverio LLC** |
| | **150 E. Ponce de Leon Ave.** |
| | **Suite 200** |
| | **Decatur, GA 30030** |
| | **678-856-6780   Fax: 1-800-524-0851** |
| | **Justin@AJOLLC.com** |
| | *Name of law firm* |

**United States Bankruptcy Court**
**Northern District of Georgia**

In re   **VENETIAN ROOM, LLC**                                  Case No.
                        Debtor(s)                               Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Safari Hospitality Managm. Inc<br>3040 Business Park Dr. STE A<br>Norcross, GA 30071** | **Equity/Voting** | **100%** | **Sole Member** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 11, 2018**           Signature  **/s/ Jeffrey Safarriyeh**
                                                   **Jeffrey Safarriyeh**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Georgia

In re  **VENETIAN ROOM, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **September 11, 2018**

**/s/ Jeffrey Safarriyeh**  
**Jeffrey Safarriyeh**/**Manager**  
Signer/Title

```
50 Hurt LLC
ATTN Karen Everett, Manager
50 Hurt Plaza
Atlanta, GA 30303



50 Hurt LLC
PO Box 68045
Newark, NJ 07101-8085



50 Hurt LLC
c/o National Reg. Agent Inc
289 S. Culver St
Lawrenceville, GA 30046



Georgia Department of Revenue
Attn: Bankruptcy Division
1800 Century Blvd NE STE#17200
Atlanta, GA 30345



Jeff Safari
STE A
3040 Business Park Dr.
Norcross, GA 30071



Safari Hospitality Mngmt Inc.
C/O ADAM RIMES, CFO
3040 Business Park Dr. STE A
Norcross, GA 30071



Southern Hospitality Mngmt Inc
6375 Regency Parkway, Ste 710
Norcross, GA 30071



Wells Fargo Bank
PO Box 29482
Phoenix, AZ 85038-8650
```

# United States Bankruptcy Court
## Northern District of Georgia

In re   **VENETIAN ROOM, LLC**                                             Case No.
                              Debtor(s)                                    Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **VENETIAN ROOM, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Safari Hospitality Managm. Inc**
**3040 Business Park Dr. STE A**
**Norcross, GA 30071**

☐ None [*Check if applicable*]

| | |
|---|---|
| **September 11, 2018** | **/s/ Justin Oliverio** |
| Date | **Justin Oliverio** |
| | Signature of Attorney or Litigant |
| | Counsel for   **VENETIAN ROOM, LLC** |
| | **Attorney Justin Oliverio LLC** |
| | **150 E. Ponce de Leon Ave.** |
| | **Suite 200** |
| | **Decatur, GA 30030** |
| | **678-856-6780 Fax:1-800-524-0851** |
| | **Justin@AJOLLC.com** |

## United States Bankruptcy Court
### Northern District of Georgia

In re  **VENETIAN ROOM, LLC**

Debtor(s)

Case No.

Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, , declare under penalty of perjury that I am the Manager of **VENETIAN ROOM, LLC (hereinafter "LLC")**, and that the following are a true and correct copy of the resolutions adopted by the Manager of said LLC at a special meeting duly called and held on September 11, 2018.

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, the member, manager and attorney(s) for the LLC are authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that the manager and attorney(s) for the LLC are authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that the LLC is authorized and directed to employ **Justin Oliverio**, attorney and the law firm of **Attorney Justin Oliverio, LLC** to represent the corporation in such bankruptcy case."

Date **September 11, 2018**

/s/ Jeffrey Safarriyeh

Manager of Venetian Room, LLC &
CEO of Equity Security Holder Safari Hospitality
Management, Inc.

Resolution of Member
of
**VENETIAN ROOM, LLC**

Whereas, it is in the best interest of this Limited Liability Company (hereinafter, "LLC") to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that the member, manager, and attorney(s) of the LLC are authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that the manager and attorney(s) of the LLC are authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that the manager and attorney(s) of the LLC are authorized and directed to employ **Justin Oliverio**, attorney and the law firm of **Attorney Justin Oliverio, LLC** to represent the LLC in such bankruptcy case.

| | |
|---|---|
| Date **September 10, 2018** | Signed **/s/ Jeffrey Safarriyeh** |
| | Manager of Venetian Room, LLC & CEO of Equity Security Holder Safari Hospitality Management, Inc. |